UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Annie Roberts     JOINT DEBTOR: _____     CASE NO.: _____
SS#: xxx-xx- 7601         SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,186.96   for months  1  to  32 ;

2. $110.00     for months  33 to  36 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE    ☐ PRO BONO

| Total Fees: | $4275.00 | Total Paid: | $750.00 | Balance Due: | $3525.00 |
|---|---|---|---|---|---|

Payable  $293.75  /month (Months  1  to  12 )

Allowed fees under LR 2016-1(B)(2) are itemized below:
$775 inc $25 cost for m2value 2nd mtg

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Bayview FinancialLoan aka Metropolitan Life Ins Co

| Address: Bankruptcy Dept 4425 Ponce DeLeon Blvd 5th Floor Miami, FL 33146 | Arrearage/ Payoff on Petition Date | $8,500.00 | |
|---|---|---|---|
| | Arrears Payment (Cure) | $0.00 | /month (Months  1  to  12 ) |
| | Arrears Payment (Cure) | $375.78 | /month (Months  13  to  32 ) |
| Last 4 Digits of Account No.:  7042 | Regular Payment (Maintain) | $686.00 | /month (Months  1  to  32 ) |
| Other: | | | |

Debtor(s): Annie Roberts _____ Case number: _____

- ■ **Real Property**
  - ■ Principal Residence
  - ☐ Other Real Property
  
  Address of Collateral:
  411 NW Archer Ave, PSL, FL 34983

- ☐ Personal Property/Vehicle
  
  Description of Collateral:

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

### B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

#### 1. REAL PROPERTY: ☐ NONE

| 1. Creditor: TD Bank f/k/a/ Riverside | Value of Collateral: $0.00 | **Payment** |
|---|---|---|
| Address: PO Box 1377, Lewiston, ME 04243 | Amount of Creditor's Lien: $0.00 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 1455 | Interest Rate: _____ | $0.00 /month (Months ___ to ___) |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>411 NW Archer Ave, PSL, FL 34983 | Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>■ The debtor(s) will pay<br>■ taxes   ■ insurance directly | |

#### 2. VEHICLES(S): ■ NONE
#### 3. PERSONAL PROPERTY: ■ NONE

### C. LIEN AVOIDANCE ■ NONE

### D. SURRENDER OF COLLATERAL: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
■ NONE

### E. DIRECT PAYMENTS: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
■ NONE

## IV. TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

### A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE: ■ NONE
### B. INTERNAL REVENUE SERVICE: ■ NONE
### C. DOMESTIC SUPPORT OBLIGATION(S): ■ NONE
### D. OTHER: ■ NONE

## V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS

### A. Pay $100.00 /month (Months 3 to 36)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

### B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

### C. SEPARATELY CLASSIFIED: ■ NONE

Debtor(s): Annie Roberts _____ Case number: _____

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____
Annie Roberts                                         Date                    Joint Debtor                     Date

/w/ Drake Ozment, Atty for Debtor     August 23, 2018
Attorney with permission to sign on                    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**